# Exhibit A

 **CT Corporation**

**Service of Process Transmittal**
03/17/2022
CT Log Number 541239015

**TO:**     Delilah Banks
Academy Sports + Outdoors
1800 N Mason Rd
Katy, TX 77449-2897

**RE:**     **Process Served in Kentucky**

**FOR:**    ACADEMY SPORTS + OUTDOORS, LTD.  (Assumed Name)  (Domestic State: TX)
ACADEMY LTD. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: GLORIA TRAHAN // To: ACADEMY LTD. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 22CI001264 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/17/2022 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Eneida Centeno  eneida.centeno@academy.com |
| | Email Notification,  Evelyn Martinez  evelyn.martinez@academy.com |
| | Email Notification,  Delilah Banks  delilah.banks@academy.com |
| | Email Notification,  Merri Savage  merri.savage@academy.com |
| | Email Notification,  Cody Oviedo  cody.oviedo@academy.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

 CT Corporation

**Service of Process Transmittal**
03/17/2022
CT Log Number 541239015

**TO:**   Delilah Banks
Academy Sports + Outdoors
1800 N Mason Rd
Katy, TX 77449-2897

**RE:**   **Process Served in Kentucky**

**FOR:**   ACADEMY SPORTS + OUTDOORS, LTD.  (Assumed Name)  (Domestic State: TX)
ACADEMY LTD. (True Name)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**CERTIFIED MAIL**™

NEOPOST
03/14/2022
US POSTAGE **$013.53⁰**

ZIP 40601
041M11456493

David L. Nicholson, Jefferson Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

Case Number: 22-CI-001264

USPS CERTIFIED MAIL



9236 0901 9403 8369 1115 44

Restricted Delivery

CT CORPORATION SYSTEM
306 W. MAIN ST., STE. 512
FRANKFORT, KY 40601

40601$1840 C003

AOC-E-105        Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice     Courts.ky.gov

CR 4.02; Cr Official Form 1



## CIVIL SUMMONS

Case #: **22-CI-001264**

Court: **CIRCUIT**

County: **JEFFERSON Circuit**

*Plantiff,* **TRAHAN, GLORIA VS. ACADEMY SPORTS + OUTDOORS, LTD.**, *Defendant*

TO:  **CT CORPORATION SYSTEM**

   **306 W. MAIN ST., STE. 512**

   **FRANKFORT, KY 40601**

Memo: Related party is ACADEMY SPORTS + OUTDOORS, LTD.

The Commonwealth of Kentucky to Defendant:
**ACADEMY SPORTS + OUTDOORS, LTD.**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*

Jefferson Circuit Clerk
Date: **3/14/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Summons ID: 440369129554084@00000996236
CIRCUIT: 22-CI-001264 Certified Mail
TRAHAN, GLORIA VS. ACADEMY SPORTS + OUTDOORS, LTD.



Page 1 of 1

eFilec



This page was intentionally left blank

NO. _____

***Electronically Filed***

GLORIA TRAHAN                                                          PLAINTIFF


v.


ACADEMY SPORTS + OUTDOORS, LTD.
1800 North Mason Road
Katy, TX 77449

        <u>Serve:</u>  Registered Agent
              CT Corporation System
              306 W. Main Street, Suite 512
              Frankfort, KY  40601                                        DEFENDANT


## <u>COMPLAINT</u>

Comes the Plaintiff, GLORIA TRAHAN, by and through undersigned counsel, and for her cause of action against Defendant, ACADEMY SPORTS + OUTDOORS, LTD., hereby states as follows:

1.      At all times relevant hereto, Plaintiff was and is a citizen of Louisville, Jefferson County, Kentucky.

2.      At all times relevant hereto, Defendant, ACADEMY SPORTS + OUTDOORS, LTD., is a foreign corporation with its principal place of business in Katy, TX, that is registered and actively conducting business in Jefferson County, Kentucky and subject to jurisdiction of this Court.

3.      At all times relevant hereto, Defendant managed, maintained and/or supervised a sporting goods store located at 13401 Shelbyville Road, Suite 410, Middletown, KY 40223



5.      At all times relevant hereto, Defendant, by and through its agents, ostensible agents, servants, employees and/or representatives, had a duty to maintain said premises in a reasonably safe condition for and to exercise ordinary care with respect to the safety of those legally upon the premises.

6.      On or about March 15, 2021 as a direct and proximate result of the negligent acts and/or omissions of Defendant, by and through its agents, ostensible agents, servants, employees and/or representatives, Plaintiff, while lawfully upon said premises exercising due care for her own safety, was walking to the entrance and tripped on an inconspicuous gap in the pavement, causing her to fall.  As a result, Plaintiff suffered injuries primarily to her left knee and left leg..

7.      As a direct and proximate result of the negligent acts and/or omissions of Defendant, by and through its agents, ostensible agents, servants, employees and/or representatives, Plaintiff was caused to incur medical expenses both past and future, physical and mental pain and suffering both past and future, impaired capacity to earn, increased risk of harm, mental anguish and lost enjoyment of life.

8.      The acts and/or omissions of Defendant, by and through its agents, ostensible agents, servants, employees and/or representatives, were undertaken with a reckless disregard for the safety of others in general and the Plaintiff in particular.

9.      Plaintiff's damages are in excess of the minimum dollar amount necessary to invoke the jurisdiction of this Court.

**WHEREFORE**, Plaintiff, by and through undersigned counsel, respectfully demands judgment against Defendant as follows:

1.      For an amount of compensatory damages that is fair and reasonable as

established by the evidence;

2.      For an amount of punitive damages that is fair and reasonable as established by the evidence;

3.      For prejudgment interest from the date of injury until such time as judgment is paid;

4.      For her costs herein expended; and

5.      For any and all other relief to which she may be entitled.

Respectfully submitted,

*/s/ William E. Cowley, III*
William E. Cowley, III
COWLEY LAW OFFICE, PLLC
440South 7th Street, Suite 100
Louisville, KY 40203
(502) 855-3142 (office)
(502) 470-9955 (fax)
will@cowley-law.com